FORM B104 (08/07)          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>NORMA ISABEL FLORES | **DEFENDANTS**<br>WACHOVIA BANK, NATIONAL ASSOCIATION |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>TYSON M. TAKEUCHI (SBN 177419)<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPAINT FOR DECLARATORY RELIEF AND TO REMOVE LIEN OF DEFENDANTS

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[1] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[2] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                                              2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR** <br> NORMA ISABEL FLORES | | **BANKRUPTCY CASE NO.** <br> LA09-46472-VZ |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Los Angeles | **NAME OF JUDGE** <br> Vincent Zurzolo |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| **DATE** <br> 3-04-10 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Tyson M. Takeuchi 177419 | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi (SBN 177419)<br>Law Office of Tyson M. Takeuchi & Associates<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (866) 481-3236<br><br>*Attorney for Plaintiff* Emma Espinoza | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: NORMA ISABEL FLORES,<br><br>                                                        Debtor. | CHAPTER 13<br><br>CASE NUMBER LA09-46472-VZ<br><br>ADVERSARY NUMBER |
|---|---|
| NORMA ISABEL FLORES,<br>                                              Plaintiff(s),<br><br>vs.<br><br>WACHOVIA BANK, NATIONAL ASSOCIATION,<br>                                              Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                                                F 7004-1

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re<br>NORMA ISABEL FLORES, | (SHORT TITLE)<br><br>Debtor(s). | CASE NO.: LA09-46472-VZ |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1100 Wilshire Blvd., Suite 2606, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as Summons & Notice of Status Conference _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* (COA-SA)    **F 7004-1**

Summons and Notice of Status Conference - *Page 3*    **F 7004-1**

| In re<br>NORMA ISABEL FLORES, (SHORT TITLE)<br>Debtor(s). | CASE NO.: LA09-46472-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Nancy K. Curry
Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


The Following Served by Certified Mail:

Wachovia Bank, National Association
c/o Specialized Loan Servicing, LLC
Attn: John Beggins, CEO
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

Specialized Loan Servicing, LLC
Agent for Service of Process:
Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*    **F 7004-1**

```
Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (866) 481-3236

Attorney for Debtor(s):
Norma Isabel Flores
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-46472-VZ |
| NORMA ISABEL FLORES, | Adv. No.: [TBD] |
| Debtor(s). | Chapter 13 |
| NORMA ISABEL FLORES, | COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS, PURSUANT TO 11 U.S.C. SEC 506(a) |
| Plaintiff(s), | DATE: [TBD] |
| v. | TIME: [TBD] |
| | CTRM: [TBD] |
| WACHOVIA BANK, NATIONAL ASSOCIATION, | |
| Defendant(s). | |

INTRODUCTION

1.   This is an action brought by the Plaintiff for a Declaratory Relief and to Remove Lien of Defendant Pursuant to 11 U.S.C. SEC 506(a) filed by Debtor Norma Isabel Flores (the "Debtor" and/or "Plaintiff").

2.   This action is also filed to enforce and to implement other Bankruptcy Code provisions and Rules related thereto as plead herein below.

Page 1 of 6

COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS

JURISDICTIONAL ALLEGATIONS

3.  This adversary proceeding arises out of and is related to the above-captioned Chapter 13 case of Plaintiff, Case No. 2:09-bk-46472-VZ, now pending in this United States Bankruptcy Court. Therefore this court has jurisdiction over this matter pursuant to 28 U.S.C. SEC 157, 1334, and General Order No. 266 of the United States District Court for the Central District of California.

4.  Defendant herein has a claim against Plaintiff, as defined by 11 U.S.C. SEC 101(5). The complaint, as set forth herein, involves the determination of the secured status of a claim pursuant to 11 U.S.C. SEC 506, and as such, constitutes a "core" proceeding pursuant to 28 U.S.C. SEC 157(2).

5.  Venue for this motion is proper pursuant to 20 U.S.C. SEC 1409(a).

GENERAL ALLEGATIONS

6.  Plaintiff owns a parcel of real property commonly known as 1662 North Marine Avenue, Wilmington, CA 90744 (the "Subject Property"). Plaintiff resides in the property.

7.  As of the date of the filing of the Chapter 13 bankruptcy case herein, that property had a fair market value of approximately $325,000.00.

8.  Plaintiff filed the above-captioned Chapter 13 case on December 23, 2009.

9.  As of the date of the filing of the case, the following liens encumbered the property: A First Deed of Trust in favor of BAC Home Loans in the amount of $440,534.00; a Second Deed of Trust in favor of Defendant in the amount of $216,979.99. These figures are

COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS

1  based on credit reports pulled at the time Plaintiff's attorney
2  prepared the instant bankruptcy case for filing.
3      10.  As of the date of filing of the Chapter 13 bankruptcy case
4  herein, only the First Deed of Trust in favor of BAC Home Loans is a
5  secured claim, as defined by 11 U.S.C. SEC 506(a).
6      11.  As of the date of filing of the Chapter 13 bankruptcy case
7  herein, the Second Deed of Trust in favor of Defendant was an entirely
8  unsecured claim.

CLAIM FOR RELIEF

[To Determine Claim to be Entirely Unsecured

And Remove Lien Pursuant to 11 U.S.C. SEC 506(b)]

12      12.  Plaintiff re-alleges and incorporates by reference each and
13  every allegation contained in paragraphs 1 through 11, inclusive,
14  though fully set forth herein.
15      13.  Pursuant to 11 U.S.C. SEC 506(a), the Second Deed of Trust
16  in favor of the Defendant was, as of the filing date of the bankruptcy
17  case herein, entirely unsecured.
18      14.  Pursuant to controlling Ninth Circuit Law, the lien of
19  Defendant is completely unsecured, may be treated as unsecured in
20  Plaintiff's Chapter 13 Plan, and may be removed.
21      15.  As a result of the foregoing, Plaintiff is entitled to an
22  order from the court which removes the lien of Defendant against
23  Plaintiff's residential property, and declares that the Second Deed of
24  Trust is of no further force and effect as a secured lien against
25  Plaintiff's residential property, pursuant to 11 U.S.C. SEC 506(a).
26
27
28

1  WHEREFORE, Plaintiff prays for the following:

2  1.  That a judgment be entered in favor of Plaintiff and
3  against Defendant removing the lien created by the Second Deed of
4  Trust in favor of Defendant;

5  2.  For such other and further relief as this Court deems just
6  and proper.

7

8  Respectfully Submitted,

9

10 DATED: March 4, 2010                LAW OFFICE OF TYSON M. TAKEUCHI
                                       Attorney-at-Law
11

12

13                                     _____
                                       TYSON M. TAKEUCHI
14                                     Attorney for Movant(s)

DECLARATION OF NORMA ISBABEL FLORES

I, Norma Flores, declare and state as follows:

1. I am the debtor in Chapter 13 case No. 2:09-bk-46472-VZ, I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. My attorney, Tyson M. Takeuchi, filed the instant Chapter 13 bankruptcy case on my behalf on December 23, 2009.

3. I own and reside in the property located at 1662 North Marine Avenue, Wilmington, CA 90744.

4. I purchased my home on February 8, 2005 with two loans issued by Countrywide Home Loans. The amounts owed these loans were $428,000.00 and $107,000.00. The loans were structured according to the 80-20 format.

5. BAC Home Loans has since taken over the first loan, and the amount owed for this loan at the time I filed my bankruptcy case was $440,534.00.

6. The second loan is now serviced by Specialized Loan Servicing. The beneficiary is Wachovia Bank, National Association. At the time I filed my bankruptcy case, the amount owed on this mortgage was $216,979.99.

7. At the time I filed my bankruptcy case, I requested estimates of the value of my home from several real estate agents. According to a Broker's Price Opinion, which I can furnish upon the Court's request, the value of my home at the time my bankruptcy was filed was $325,000.00.

COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS

1 | I declare under penalty of perjury under the laws of the State of
2 | California and the United States of America that the forgoing is true
3 | and correct to the best of my knowledge and belief.
4 | Executed this 4th Day of March, 2010, at Los Angeles, California.
5 |
6 | _____
   | Norma Isabel Flores, Declarant

Page 6 of 6

COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS

| In re: Norma Isabel Flores | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-46472-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd, Ste 2606
Los Angeles, CA 90017

A true and correct copy of the foregoing document described as  COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS, PURSUANT TO 11 U.S.C. SEC 506(a)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  3/4/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

(see attached Service List)

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/4/10 | Albert Pfaffman | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Norma Isabel Flores | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-46472-VZ |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Nancy K. Curry
Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


The Following Served by Certified Mail:

Wachovia Bank, National Association
c/o Specialized Loan Servicing, LLC
Attn: John Beggins, CEO
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

Specialized Loan Servicing, LLC
Agent for Service of Process:
Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1