Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (866) 481-3236

Attorney for Debtors:
Norma Isabel Flores

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-46472-VZ |
| NORMA ISABEL FLORES, | Adv. No.: 2:10-ap-01272-VZ |
| Debtor(s). | Chapter 13 |
| NORMA ISABEL FLORES, | DECLARATION OF TYSON M. TAKEUCHI IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |
| Plaintiff(s), | |
| v. | |
| WACHOVIA BANK, NATIONAL ASSOCIATION, | |
| Defendant(s). | |

I, TYSON M. TAKEUCHI, declare and state as follows:

1.   I am the attorney-of-record for the Plaintiff Norma Isabel Flores. I filed a Complaint for Declaratory Relief and to Remove Lien of Defendant on March 4, 2010.

2.   The Complaint, Summons and Notice of Status Conference, a Notice to Comply with Rule 7026 and the Court's Scheduling Order were served on the Defendant on March 8, 2010 via U.S. Post Office Certified Mail.

3.   The time for filing an answer or responsive pleading expired on April 5, 2010.

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

1      4.   No answer or responsive pleading has been filed or served on the Plaintiff as of the date of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of May, 2010, at Los Angeles, California.

*[signature]*

Tyson M. Takeuchi, Declarant

| In re: NORMA ISABEL FLORES, | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-ap-01272-VZ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Office of Tyson M. Takeuchi
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **Declaration of Tyson M. Takeuchi In Support of Request For Default** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/14/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/14/10 | Albert Pfaffman | /s/ Albert Pfaffman |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: NORMA ISABEL FLORES, | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-ap-01272-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Norma Isabel Flores
1662 North Marine Avenue
Wilmington, CA 90744

Nancy K. Curry
Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014

United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Wachovia Bank, National Association
c/o Specialized Loan Servicing, LLC
Attn: John Beggins, CEO
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Specialized Loan Servicing, LLC
Agent for Service of Process:
Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1